UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

VALVE CORPORATION,

                    Plaintiff,

        v.

JENNEEN ALSHALALDEH,
DYLAN BARTELL, LINCOLN BOCK,
JASON BRADLEY, PAUL COPELIN,
KENNETH GRUNWALD, BIJAN
HOOSHYAR, WILLIAM KELLEY,
NICHOLAS KING, JACOB MORGANO,
MARISSA RITTER, and SEAN ZLATNIK,

                    Defendants.

Case No.: 2:26-cv-01680-JHC

**ORDER GRANTING DEFENDANTS'
REQUEST FOR JUDICIAL NOTICE IN
SUPPORT OF THEIR MOTION TO
DISMISS VALVE'S COMPLAINT**

**THIS MATTER** comes before the Court on the Request for Judicial Notice (the "Request") filed by Defendants Jenneen Alshalaldeh, Jason Bradley, Paul Copelin, Kenneth Grunwald, Bijan Hooshyar, William Kelley, Jacob Morgano, and Sean Zlatnik in support of their Motion to Dismiss Valve Corporation's Complaint (the "Motion").  Dkt. # 14.

Having considered the Request, which is unopposed, the Declaration of Gary E. Mason and Exhibit 1 thereto, the Motion, and the records and files herein, and good cause appearing, the Court hereby **GRANTS** the Request.

**IT IS HEREBY ORDERED** that the Court takes judicial notice, pursuant to Federal Rule of Evidence 201, of Exhibit 1 to the Declaration of Gary E. Mason, a true and correct copy of Plaintiff Valve Corporation's Steam Subscriber Agreement (revised April 25, 2023), for purposes of ruling on the Motion

DATED this 9th day of July, 2026.

_____
JOHN H. CHUN
UNITED STATES DISTRICT JUDGE