UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

VALVE CORPORATION,

Plaintiff,

v.

JENNEEN ALSHALALDEH, DYLAN BARTELL, LINCOLN BOCK, JASON BRADLEY, PAUL COPELIN, KENNETH GRUNWALD, BIJAN HOOSHYAR, WILLIAM KELLEY, NICHOLAS KING, JACOB MORGANO, MARISSA RITTER, and SEAN ZLATNIK,

Defendants.

No. 2:26-cv-01680-JHC

**DECLARATION OF SCOTT LYNCH IN SUPPORT OF PLAINTIFF VALVE CORPORATION'S MOTION FOR PRELIMINARY INJUNCTION**



**CORR CRONIN LLP**
1015 Second Avenue, Floor 10
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900

# DECLARATION OF SCOTT LYNCH

I, Scott Lynch, declare as follows:

1. I am the Chief Operating Officer for Plaintiff Valve Corporation ("Valve"). I submit this declaration in support of Valve's Motion for Preliminary Injunction. I make this declaration based on my personal knowledge and, if called upon to do so, would testify competently hereto.

## A. Valve, Steam, and the SSA

2. Valve is a video game developer, publisher, and digital distribution company. Valve offers an online platform called Steam, where consumers can purchase, play, and interact with their friends about video games.

3. For an individual to create a Steam account and become a Steam user, he or she must first agree to a Steam Subscriber Agreement ("SSA"). A user may create more than one Steam account.

4. Valve does not collect a user's name, physical address, or phone number when he or she creates a Steam account.

5. In 2012, Valve added to the SSA an arbitration agreement providing that, with limited exceptions, users and Valve "agree to resolve all disputes and claims between us in individual binding arbitration" with the AAA. The most recent version of the SSA that contained an arbitration agreement became effective on April 25, 2023 (the "Superseded SSA"). A true and correct copy of the Superseded SSA is attached hereto as Exhibit A.

## B. Valve Replaces the Superseded SSA with the Controlling SSA

6. On September 26, 2024, Valve removed the arbitration agreement and class action waiver from the SSA. A true and correct copy of the current version of the SSA without an



CORR CRONIN LLP
1015 Second Avenue, 10th Floor
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900

arbitration agreement or a class action waiver (the “Controlling SSA”) is attached hereto as Exhibit B.[1]

7. When Valve launched the Controlling SSA, Valve inserted a prominent banner at the top of the agreement. The banner is set forth below:




8. Valve also provided notice of the change to the SSA to Steam users in three other ways.

9. First, beginning on September 26, 2024, Valve provided the email notice shown below to all U.S. Steam users of the change to the SSA (the “Email Notice”), sending the notice to the email address of record for their Steam accounts. The Email Notice specifically called out changes to the dispute resolution provision:

---

[1] Valve updated the Controlling SSA on September 18, 2025, and April 20, 2026. Those updates did not modify the dispute resolution provision for U.S. customers and are not relevant here. The SSA as of September 26, 2024, and the subsequently amended versions of the agreement are referred to collectively as the “Controlling SSA” herein.



CORR CRONIN LLP
1015 Second Avenue, 10th Floor
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900

# Hello

## We have updated the Steam Subscriber Agreement

We've updated the Steam Subscriber Agreement. The updates affect your legal rights. They include changes to how disputes and claims between you and Valve are resolved. The updated dispute resolution provisions are in Section 10 and require all claims and disputes to proceed in court and not in arbitration. We've also removed the class action waiver and cost and fee-shifting provisions. Please carefully review the updated Steam Subscriber Agreement here.

This updated Steam Subscriber Agreement will become effective immediately when you agree to it, including when you make most purchases, fund your Steam wallet, or otherwise accept it. Otherwise, the updated Steam Subscriber Agreement will become effective on November 1, 2024, unless you delete or discontinue use of your Steam account before then. If you would like to delete your Steam account, you can learn more about account deletion here.

This notification has been sent to the email address associated with your Steam account.



CORR CRONIN LLP
1015 Second Avenue, 10th Floor
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900

10. The Email Notice included multiple links to the full Controlling SSA, shown in blue text above.

11. Second, beginning on September 26, 2024, Valve provided notice of the new agreement through a "pop-up" that appeared on the Steam client (the "Pop-Up Notice"). The Pop-Up Notice provided:




12. In addition to calling out the changes to the dispute resolution provision, the Pop-Up Notice included multiple links to the full text of the Controlling SSA, shown in blue text above.

13. The Pop-Up Notice enabled users to agree to the Controlling SSA by checking a box stating: "I Agree to the Updated Steam Subscriber Agreement" then clicking "Accept Updated SSA."



CORR CRONIN LLP
1015 Second Avenue, 10th Floor
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900

14. Alternatively, users could close the Pop-Up Notice without agreeing to the Controlling SSA, as indicated by the "X" at the top right corner of the pop-up.

15. Third, beginning on September 26, 2024, Valve published a blog post on the Steam platform providing notice of the change to the SSA, available at https://store.steampowered.com/news/app/593110/view/4696781406111167991 (the "Blog Post"). The Blog Post provided:




16. The Blog Post included multiple prominent and easily accessible links to the full Controlling SSA, shown in blue text above.

17. Users must accept the Controlling SSA every time they make a purchase on Steam after September 26, 2024.

18. Consistent with the Email Notice and Pop-Up Notice, when a user makes a purchase on Steam, the user is presented with an unchecked box requiring the user to check the



CORR CRONIN LLP
1015 Second Avenue, 10th Floor
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900

box and accept the Controlling SSA. The text of the Controlling SSA is accessible via a hyperlink shown in white text with the words "Steam Subscriber Agreement," as shown below:




19. Valve may issue something called "Steam Keys" to developers or publishers who sell their games on Steam. These are single-use, unique, alphanumeric codes the developers and publishers can distribute outside of Steam to customers, who can then redeem them on Steam to add a Steam version of a game or app to their account. Valve gives Steam Keys to developers and publishers for free.



CORR CRONIN LLP
1015 Second Avenue, 10th Floor
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900

20. To redeem a Steam Key, a user must log into Steam and navigate to the "Activate Product on Steam" page then enter the Steam Key code.




21. Before clicking "Continue" to activate the game, the user is presented with an unchecked box requiring the user to accept the Controlling SSA, which is hyperlinked in white text to the words "Steam Subscriber Agreement" shown below:






CORR CRONIN LLP
1015 Second Avenue, 10th Floor
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900

22. As of September 26, 2024 (and previously), individuals who open new Steam accounts must agree to the Controlling SSA.

23. As shown below, to open a Steam account, an individual must check a box stating "I am 13 years of age or older and agree to the terms of the **Steam Subscriber Agreement** and the Valve Privacy Policy" and click "Continue."




24. The words "Steam Subscriber Agreement" are bolded and are a hyperlink to the Controlling SSA.

**C. <u>Defendants Agreed to the Controlling SSA</u>**

25. I am informed that Defendants' counsel provided Steam IDs they contend belongs to Defendants. As explained in ¶ 4, Valve does not collect a user's name when they create a Steam



CORR CRONIN LLP
1015 Second Avenue, 10th Floor
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900

account. Below, I assume that the Steam IDs provided by counsel belong to Defendants (except where indicated with respect to Defendant Bartell), but do not have personal knowledge as to whether they are in fact the owners of these accounts.

**(i) Defendant Jason Bradley**

26. Based on Valve's business records, on October 1, 2024, Defendant Bradley affirmatively accepted the Controlling SSA when making a purchase on Steam by checking the box next to "I agree to the terms of the Steam Subscriber Agreement (last updated Sep 26, 2024)" and clicking the "Purchase" button.

27. Since then, Defendant Bradley made six purchases on Steam between November 8, 2024, and March 7, 2026. Each time he made a purchase on Steam, he checked the box next to "I agree to the terms of the Steam Subscriber Agreement (last updated Sep 26, 2024)" and clicked the "Purchase" button, thereby re-affirming his agreement to the Controlling SSA.

28. Additionally, Defendant Bradley made two Steam Key redemptions in April 2025. Each time he redeemed a Steam Key on Steam, he checked the box next to "I agree to the terms of the Steam Subscriber Agreement (last updated Sep 26, 2024)" and clicked the "Continue" button, thereby re-affirming his agreement to the Controlling SSA.

**(ii) Defendant Paul Copelin**

29. Based on Valve's business records, on October 3, 2024, Defendant Copelin affirmatively accepted the Controlling SSA by checking a box in the Pop-Up Notice stating: "I Agree to the Updated Steam Subscriber Agreement" and then clicking "Accept Updated SSA."

**(iii) Defendant Bijan Hooshyar**

30. Based on Valve's business records, on September 27, 2024, Defendant Hooshyar affirmatively accepted the Controlling SSA by checking a box in the Pop-Up Notice stating: "I Agree to the Updated Steam Subscriber Agreement" and then clicking "Accept Updated SSA."

31. Since then, Defendant Hooshyar has made 131 purchases on Steam between October 3, 2024, and March 15, 2026. Each time he made a purchase on Steam, he checked the



CORR CRONIN LLP
1015 Second Avenue, 10th Floor
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900

box next to "I agree to the terms of the Steam Subscriber Agreement (last updated Sep 26, 2024)" and clicked the "Purchase" button, thereby re-affirming his agreement to the Controlling SSA.

**(iv) Defendant Lincoln Bock**

32. Defendant Bock is bound by the Controlling SSA because he received notice of its terms through the Email Notice and Pop-Up Notice and did not delete or discontinue use of his Steam account by November 1, 2024.

33. Based on Valve's business records, Defendant Bock logged into his Steam account on November 16, 2024, and nine times between that date and September 17, 2025.

**(v) Defendant Kenneth Grunwald**

34. Defendant Grunwald is bound by the Controlling SSA because he received notice of its terms through the Email Notice and Pop-Up Notice and did not delete or discontinue use of his Steam account by November 1, 2024.

35. Based on Valve's business records, Defendant Grunwald logged into his Steam account on November 1, 2024, and more than 1,180 times between that date and February 15, 2025.

**(vi) Defendant William Kelley**

36. Based on Valve's business records, on October 6, 2024, Defendant Kelley affirmatively accepted the Controlling SSA by redeeming Steam Keys and agreeing to the Controlling SSA by checking "I agree to the terms of the Steam Subscriber Agreement (last updated Sep 26, 2024)" and clicking the "Continue" button.

37. Since then, Defendant Kelley has made numerous Steam Key redemptions, redeeming Steam Keys for more than 130 games between December 2024 and April 2026. Each time he redeemed a Steam Key on Steam, he checked the box next to "I agree to the terms of the Steam Subscriber Agreement (last updated Sep 26, 2024)" and clicked the "Continue" button, thereby re-affirming his agreement to the Controlling SSA.



CORR CRONIN LLP
1015 Second Avenue, 10th Floor
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900

**(vii) Defendant Nicholas King**

38. Based on Valve's business records, on October 9, 2024, Defendant King affirmatively accepted the Controlling SSA when making a purchase on Steam by checking the box next to "I agree to the terms of the Steam Subscriber Agreement (last updated Sep 26, 2024)" and clicking the "Purchase" button.

39. Since then, Defendant King has made 24 purchases on Steam between October 22, 2024, and March 17, 2026. Each time he made a purchase on Steam, he checked the box next to "I agree to the terms of the Steam Subscriber Agreement (last updated Sep 26, 2024)" and clicked the "Purchase" button, thereby re-affirming his agreement to the Controlling SSA.

40. Additionally, Defendant King has made six Steam Key redemptions between November 24, 2024, and January 20, 2026. Each time he redeemed a Steam Key on Steam, he checked the box next to "I agree to the terms of the Steam Subscriber Agreement (last updated Sep 26, 2024)" and clicked the "Continue" button, thereby re-affirming his agreement to the Controlling SSA.

**(viii) Defendant Jacob Morgano**

41. Defendant Morgano is bound by the Controlling SSA because he received notice of its terms through the Email Notice and Pop-Up Notice and did not delete or discontinue use of his Steam account by November 1, 2024.

42. Based on Valve's business records, Defendant Morgano logged into his Steam account three times on December 22, 2024.

**(ix) Defendant Marissa Ritter**

43. Defendant Ritter is bound by the Controlling SSA because she received notice of its terms through the Email Notice and Pop-Up Notice and did not delete or discontinue use of her Steam account by November 1, 2024.

44. Based on Valve's business records, Defendant Ritter logged into her Steam account on November 14, 2024, and 197 times between that date and March 30, 2026.



CORR CRONIN LLP
1015 Second Avenue, 10th Floor
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900

**(x) Defendant Sean Zlatnik**

45. Defendant Zlatnik is bound by the Controlling SSA because he received notice of its terms through the Email Notice and Pop-Up Notice and did not delete or discontinue use of his Steam account by November 1, 2024.

46. Based on Valve's business records, Defendant Zlatnik logged into his Steam account on November 1, 2024, and again on November 3, 2024.

**(xi) Defendant Dylan Bartell**

47. Based on Valve's business records, the Steam account information Defendants' counsel provided to Valve concerning Defendant Bartell is associated with an account that was created on March 6, 2013 (the "First Bartell Account"). Defendant Bartell made purchases using the First Bartell Account with a credit card in his name and with the zip code provided by Defendants' counsel.

48. Based on Valve's business records, on March 13, 2025, another Steam account was created by a user who subsequently made purchases using a credit card in Defendant Bartell's name (the "Second Bartell Account"). The address for the payment method used for these purchases matches the address provided by Defendants' counsel for Defendant Bartell. I therefore assume that this account belongs to Defendant Bartell, although I do not have personal knowledge of that fact.

49. When opening the Second Bartell Account, Defendant Bartell checked a box stating "I am 13 years of age or older and agree to the terms of the **Steam Subscriber Agreement** and the Valve Privacy Policy" and clicked "Continue."

50. Since then, Defendant Bartell has made numerous purchases on Steam using the Second Bartell Account between March 13, 2025, and April 4, 2026. Each time he made a purchase on Steam, he checked the box next to "I agree to the terms of the Steam Subscriber Agreement (last updated Sep 26, 2024)" and clicked the "Purchase" button, thereby re-affirming his agreement to the Controlling SSA.



CORR CRONIN LLP
1015 Second Avenue, 10th Floor
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900

51. Additionally, Defendant Bartell has made numerous Steam Key redemptions using the Second Bartell Account between June 14, 2025, and October 15, 2025. Each time he redeemed a Steam Key on Steam, he checked the box next to "I agree to the terms of the Steam Subscriber Agreement (last updated Sep 26, 2024)" and clicked the "Continue" button, thereby re-affirming his agreement to the Controlling SSA.

**(xii) Defendant Jenneen Alshalaldeh**

52. Based on Valve's business records, there is no Steam account for Defendant Alshalaldeh based on the information Defendants' counsel has provided to Valve.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 9th day of July, 2026, at Bellevue, Washington.

Signed by:
Scott Lynch
E15DE3B2F05941C...
*Scott Lynch*



CORR CRONIN LLP
1015 Second Avenue, 10th Floor
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900