THE HONORABLE JOHN H. CHUN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

VALVE CORPORATION,

Plaintiff,

v.

JENNEEN ALSHALALDEH, DYLAN BARTELL, LINCOLN BOCK, JASON BRADLEY, PAUL COPELIN, KENNETH GRUNWALD, BIJAN HOOSHYAR, WILLIAM KELLEY, NICHOLAS KING, JACOB MORGANO, MARISSA RITTER, and SEAN ZLATNIK,

Defendants.

No. 2:26-cv-1680-JHC

**DECLARATION OF BLAKE MARKS-DIAS IN SUPPORT OF PLAINTIFF VALVE CORPORATION'S MOTION FOR PRELIMINARY INJUNCTION**



CORR CRONIN LLP
1015 Second Avenue, 10th Floor
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900

Blake Marks-Dias states and declares as follows:

1. I am over 18 years of age, I have personal knowledge of the matters stated herein, and I am competent to testify to these matters.

2. I am one of the attorneys representing Valve Corporation ("Valve") in this action and make this Declaration in support of Valve's Motion for Preliminary Injunction.

3. On December 15, 2023, Mason & Perry LLP ("Mason") and Siri & Glimstad LLP (together with Mason, "Defendants' Counsel") submitted 14,992 arbitration demands with the AAA pursuant to the arbitration agreement in the Superseded SSA (the "December 2023 Arbitrations"), including demands for Defendants Kenneth Grunwald, William Kelley, Jacob Morgano, and Sean Zlatnik. Defendants' Counsel later withdrew 81 claimants from the December 2023 Arbitrations without explanation, reducing that pool to 14,911 claimants.

4. In April 2024, Defendants' Counsel submitted another 5,000 demands with the AAA pursuant to the arbitration agreement in the Superseded SSA (the "April 2024 Arbitrations"), including demands for Defendants Jenneen Alshalaldeh, Jason Bradley, Paul Copelin, and Bijan Hooshyar.

5. Defendants' Counsel are attempting to pursue AAA arbitrations against Valve on behalf of 19,903 claimants, in addition to Defendants. Defendants' Counsel have also threatened arbitration claims on behalf of more than 100,000 other putative claimants.

6. Based on a preliminary analysis of Defendants' Counsel's claimant pool, there appear to be (i) more than 200 putative claimants who are dead—including 10 claimants whose claims Mason has filed with the AAA; (ii) more than 350 claimants in



CORR CRONIN LLP
1015 Second Avenue, 10th Floor
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900

active bankruptcy proceedings; and (iii) claimants who were minors at the time their claims were asserted.

7. Defendants' Counsel also appear to be pursuing or threatening claims before the AAA on behalf of more than 1,400 claimants who are represented by one or two other law firms pursuing or threatening to pursue the same or substantially similar antitrust claims on their behalf against Valve, including Defendants Dylan Bartell and Bijan Hooshyar.

8. On July 8, 2024, an AAA arbitrator held, in rulings in four arbitrations, that the arbitration agreement in the Steam Subscriber Agreement then in effect ("Superseded SSA") was unenforceable. The arbitrator dismissed the four arbitrations before him on that basis.

9. On August 9, 2024, following those rulings, a putative antitrust class action was filed against Valve asserting that the arbitration agreement in the Superseded SSA is unenforceable: *Elliott v. Valve Corporation*, No. 2:24-cv-01218 (W.D. Wash.) ("*Elliott*").

10. On September 26, 2024, in light of the arbitrator's ruling that the arbitration provision was unenforceable and the filing of a putative class action on that basis, Valve removed the arbitration provision and class action waiver from the SSA ("Controlling SSA").

11. On September 27, 2024, Valve notified Defendants' Counsel that Valve had updated the SSA to remove the arbitration provision. Because Valve and its Steam users no longer agreed to arbitrate their disputes, Valve offered to reimburse any filing fees associated with Defendants' Counsel's clients' arbitrations. Attached hereto as **Exhibit 1** is a true and correct copy of Valve's letter.



CORR CRONIN LLP
1015 Second Avenue, 10th Floor
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900

12. On October 1, 2024, Defendants' Counsel accepted Valve's offer to reimburse them for their clients' AAA filing fees, including Defendants' fees. Attached hereto as **Exhibit 2** is a true and correct copy of a letter from Defendants' Counsel to Valve, dated October 1, 2024, in which Defendants' Counsel state they "will send you the applicable AAA filing fee invoices, payment instructions and a W-9 under separate cover."

13. Valve reimbursed Defendants' Counsel for their clients' AAA filing fees in the amount of $1,518,325.00. Attached hereto as **Exhibit 3** is a true and correct copy of email correspondence from Defendants' Counsel to Valve, dated October 15, 2024, in which Mason states it is "in receipt of payment from [Valve] in the amount of $1,518,325.00 representing full reimbursement of our clients' AAA filing fees to date."

14. On March 24, 2025, the AAA issued an invoice to Valve of approximately $20.875 million in case management fees for Defendants' cases and those of 14,899 other arbitration claimants represented by Defendants' Counsel. Attached hereto as **Exhibit 4** is a true and correct copy of the AAA invoice.

15. On April 23, 2025, Valve advised the AAA that it declined to pay the invoiced fees, as is Valve's right under the AAA rules, on the ground that there is no agreement to arbitrate in the Controlling SSA. Attached hereto as **Exhibit 5** is a true and correct copy of Valve's letter.

16. On May 15, 2025, the AAA administratively stayed Defendants Grunwald, Kelley, Morgano, and Zlatnik's arbitrations as well as the remaining 14,907 December 2023 Arbitrations, at Defendants' Counsel's request. Attached hereto as **Exhibit 6** is a



CORR CRONIN LLP
1015 Second Avenue, 10th Floor
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900

true and correct copy of email correspondence from the AAA to the parties advising that the arbitrations were stayed.

17. The claims of the 5,000 April 2024 Arbitrations were referred to a AAA Process Arbitrator. Valve requested that the AAA close the April 2024 Arbitrations because there was no longer an agreement to arbitrate. The AAA appointed a Process Arbitrator to address this initial administrative issue. On February 9, 2026, Process Arbitrator David C. Singer ruled that only a court can decide whether the Superseded SSA or the Controlling SSA applies to the April 2024 Arbitrations, including the arbitrations of Defendants Alshalaldeh, Bradley, Copelin, and Hooshyar. The Process Arbitrator stayed the April 2024 Arbitrations "pending resolution by a court of the issue of whether the [Superseded] SSA or [Controlling] SSA governs." Attached hereto as **Exhibit 7** is a true and correct copy of the Order of Process Arbitrator.

18. On April 3-10, 2026, Defendants' Counsel asked the AAA to proceed with administering all Defendants' arbitrations. Attached hereto as **Exhibit 8** is a true and correct copy of Defendants' Counsel's correspondence with the AAA.

19. On April 10, 2026, Defendants' Counsel asked the AAA to proceed with administering the arbitrations of Defendants Dylan Bartell, Lincoln Bock, Nicholas King, and Marissa Ritter. At that time, Defendants' Counsel had not submitted any demands for arbitration for these claimants.

20. On April 15, 2026, Defendants' Counsel submitted demands for arbitration on behalf of Defendants Bartell, Bock, King, and Ritter.

21. On April 17, 2026, the AAA assigned the arbitrations of Defendants Morgano, Grunwald, Zlatnik, and Kelley to a case manager for administration and



CORR CRONIN LLP
1015 Second Avenue, 10th Floor
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900

indicated that it would proceed to appoint merits arbitrators for those claimants. Attached hereto as **Exhibits 9-12** are true and correct copies of the AAA's administration letters.

22. On April 28, 2026, the AAA informed the parties that it would proceed to appoint merits arbitrators for Defendants Bartell, Bock, King, and Ritter.

23. On May 15, 2026, Valve notified the AAA that it had commenced this action to enjoin Defendants' arbitrations.

24. On June 24, 2026, the AAA (i) temporarily stayed the arbitrations of Defendants Bartell, King, Ritter, and Bock because of this action; (ii) advised Valve that if it sought a stay of Defendants Alshalaldeh, Bradley, Copelin, and Hooshyar's arbitrations, Valve must make that request to the Process Arbitrator even though the Process Arbitrator already stayed those arbitrations (along with the remainder of the April 2024 Arbitrations); and (iii) indicated that it would "proceed with appointing arbitrators" upon receipt of advanced payment of the AAA fees for Defendants Morgano, Grunwald, Zlatnik, and Kelley's arbitrations. Attached hereto as **Exhibit 13** is a true and correct copy of the AAA's correspondence.

25. None of Defendants' arbitrations have been assigned to a merits arbitrator. Accordingly, no schedule is set for proceedings, no exchange of information has occurred, and there are no final merits hearing dates.

26. Mason has received litigation funding from Bench Walk 22m, L.P., an affiliate of Bench Walk Advisors LLC (collectively, "Bench Walk"), to pursue its mass arbitration strategy against Valve.

27. Attached hereto as **Exhibit 14** is a true and correct copy of Mason's Uniform Commercial Code ("UCC") Financing Statement, dated July 10, 2023.



CORR CRONIN LLP
1015 Second Avenue, 10th Floor
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900

28. Attached hereto as **Exhibit 15** is a true and correct copy of Mason's UCC Financing Statement Amendment, dated May 9, 2025.

29. Other law firms that have received litigation funding from Bench Walk are also pursuing mass arbitrations asserting antitrust claims against Valve, including Bucher Law PLLC ("Bucher Law").

30. Attached hereto as **Exhibit 16** is a true and correct copy of Bucher Law's UCC Financing Statement, dated April 6, 2023.

I declare under penalty of perjury that the foregoing is true and correct.

DATED this 9th day of July, 2026, at Seattle, Washington.

CORR CRONIN LLP

*s/ Blake Marks-Dias*
Blake Marks-Dias



CORR CRONIN LLP
1015 Second Avenue, 10th Floor
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900